158 A.3d 1244

COMMONWEALTH of Pennsylvania, Respondent

v.

Jesse Earl AUL, Petitioner

No. 327 MAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.